MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant
Jacob P. Magana

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**JACOB P. MAGANA,**<br><br>　　　　Defendant.<br>_____ | Case No.: 1:24-PO-00082-SAB-1<br><br>**STIPULATION REGARDING CONTINUANCE; ORDER**<br><br>**DATE: November 21, 2024**<br>**TIME: 10:00 A.M.**<br>**COURT: Hon. Stanley A. Boone** |

## STIPULATION

Defendant Jacob P. Magana, by and through his Counsel, Michael W. Berdinella, and Plaintiff United States of America, by and through its counsel of record, Arelis M. Clemente, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on November 21, 2024.

2. By this stipulation, defendant now moves to continue the Status Conference until December 12, 2024, and to exclude time between November 21, 2024, and December 12, 2024.

Good cause exists to allow the requested continuance.

a) Counsel for defendant needs additional time to consult with his client and to conduct an investigation. Counsel has recently received, but has not had the opportunity to review the additional discovery. Counsel would request additional time to properly prepare this matter and to discuss the new discovery with his client.

b) The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: November 4, 2024                         */s/ Michael W. Berdinella*
                                                 Michael W. Berdinella
                                                 Attorney for Jacob P. Magana


                                                 */s/ Arelis M. Clemente*
Dated: November 4, 2024                          Arelis M. Clemente
                                                 Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED** that the Status Conference is continued from November 21, 2024 to December 12, 2024, at 10:00 a.m. before Magistrate Judge Stanley A. Boone. The defendant is ordered to appear.


IT IS SO ORDERED.

Dated:   **November 4, 2024**
                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27