# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB P MAGANA,<br><br>Defendant. | Case No. 24-po-00082-SAB-1<br><br>ORDER DENYING STIPULATED REQUEST TO CONTINUE DECEMBER 12, 2024 STATUS CONFERENCE<br><br>(ECF No. 17) |

  A status conference is currently set for December 12, 2024. On December 2, 2024, a stipulation was filed requesting that the December 12, 2024 status conference be continued to May 15, 2025. (ECF No. 17.) This is the second request for a continuance. (See ECF No. 16.) The parties proffer the five month continuance would allow the parties additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.

  The Court does not find good cause exists to continue the status conference. This is a misdemeanor case that has been pending since Defendant's initial appearance on August 20, 2024. The Court previously continued the status conference to allow Defendant to review discovery. Other than generic statements that additional time would allow the parties more time to review, investigate, and negotiate this matter, the parties do not articulate any good cause to continue the status conference a second time and for five months. The parties are advised that the Court intends to set the trial date at the December 12, 2024 status conference.

1 | Accordingly, IT IS HEREBY ORDERED that the stipulated request to continue the December 12, 2024 status conference (ECF No. 12) is DENIED.

IT IS SO ORDERED.

Dated: __December 3, 2024__

STANLEY A. BOONE
United States Magistrate Judge