PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-PO-00082-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| JACOB P. MAGANA, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss this case, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Upon further discussion, the parties have entered into a deferred prosecution agreement to resolve this matter.

DATED: December 4, 2024            Respectfully submitted,

                                   PHILLIP A. TALBERT
                                   United States Attorney

                          By:      /s/ *Arelis M. Clemente*
                                   ARELIS M. CLEMENTE
                                   Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 4, 2024**__

STANLEY A. BOONE
United States Magistrate Judge

2